IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BRUNO, LISA BRUNO, BRUNO'S MARKET, INC., AND BRUNO'S MARKET II, INC., | : : : : | No. 3:09-cv-874 |
| Plaintiffs, | : : | |
| v. | : : | (Judge Brann) |
| BOZZUTO'S, INC., | : : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 19th day of November 2015, **IT IS HEREBY ORDERED** that:

1. Defendant's <u>Daubert</u> Motion to Preclude Plaintiffs' Expert Damages Report and Testimony, ECF No. 202, is GRANTED.

2. Pursuant to this Court's October 2, 2015 Order, ECF No. 245, the Court will hold a telephonic status conference with the parties on December 8, 2015 at 10:00 a.m. to discuss the timeframe for the filing of all relevant papers related to Defendant's fee award.

3. Defendant shall initiate the call to Chambers, (570) 323-9772, with all parties on the line.

4.   It is the Court's preference that none of the parties participate in the call via cell phone.

BY THE COURT:

<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge